**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

UNITED STATES OF AMERICA

V  CRIMINAL NO. 3:24-cr-53-MPM-RP-8

JAMES TOMPKINS

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Goodloe Lewis** on **June 7, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Goodloe Lewis** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Goodloe Lewis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 7th day of June, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE